No. 76–753. BORRI *v.* SIVERSON. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–801. RICHMOND *v.* CHESAPEAKE & OHIO RAILWAY Co. Sup. Ct. Va. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 76–5449. DRANE *v.* UNITED STATES; and
No. 76–5577. JENKINS ET AL *v.* UNITED STATES. C. A. 5th Cir. Motion to defer consideration in No. 76–5577 denied. Certiorari denied.

No. 74–1589. GENERAL ELECTRIC CO. *v.* GILBERT ET AL., *ante,* p. 125;
No. 74–1590. GILBERT ET AL. *v.* GENERAL ELECTRIC CO., *ante,* p. 125;
No. 76–249. POLL *v.* UNITED STATES, *ante,* p. 977;
No. 76–394. TIMMONS *v.* LAWTON ET AL., *ante,* p. 1000;
No. 76–487. BELL *v.* HOPPER, WARDEN, *ante,* p. 989;
No. 76–488. ROANWELL CORP. *v.* PLANTRONICS, INC., *ante,* p. 1004; and
No. 76–516. SALVUCCI *v.* NEW YORK RACING ASSN., INC., ET AL., *ante,* p. 1001. Petitions for rehearing denied.

No. 76–73. YOUNG ET AL. *v.* UNITED STATES, *ante,* p. 999. Motion for leave to file petition for rehearing denied.